**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| M&T BANK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:25-CV-00383 |
| | § | |
| ESTEBAN H. GONZALES, Dependent | § | |
| Administrator of the Estate of Melissa Welch; | § | |
| SECRETARY OF HOUSING AND URBAN | § | |
| DEVELOPMENT, a government agency; | § | |
| DOES 1 through 10 and ROES BUSINESS | § | |
| ENTITIES 1 through 10, inclusive, | § | |
| | § | |
| Defendants | § | |

## <u>NOTICE OF REMOVAL</u>

Defendant United States of America, on behalf of its Secretary of Housing and Urban Development, files this Notice of Removal under 28 U.S.C. § 1442(a)(1), removing the action currently pending as Cause No. 2025-296-5 in the 414th Judicial District Court, McLennan County, Texas. In support of this Notice of Removal, Defendant avers as follows:

On February 5, 2025, this action was filed as Cause No. 2025-296-5 in the 414th Judicial District Court, McLennan County, Texas, entitled *M&T Bank vs. Esteban H. Gonzales, Dependent Administrator of The Estate of Melissa Welch; Secretary of Housing and Urban Development, a Government Agency; Does 1 through 10 and Roes Business Entities 1 through 10, Inclusive.* Plaintiff M&T Bank seeks foreclosure regarding the alleged default under a mortgage. A true and correct copy of Plaintiff's Original Petition is attached as **Exhibit 1**.

The State court action is removable under 28 U.S.C. § 1442(a)(1) because Plaintiff commenced a civil action in a state court against an agency or officer of the United States. Accordingly, federal court is the proper forum for this suit.

The State court action is removable to this Court as "the district court of the United States for the district and division embracing the place wherein it is pending." 28 U.S.C. § 1442(a). Defendant was served on August 4, 2025. Accordingly, this Notice of Removal meets the 30-day deadline under 28 U.S.C. § 1446(b). Trial has not been set or held.

Pursuant to 28 U.S.C § 1446(a), Defendant attaches as **Exhibit 1** copies of all State court case pleadings, orders, and other state court filings, including the Civil Citation and the Original Petition.

Pursuant to the provisions of 28 U.S.C. § 1446(d), a Notice of Filing of Notice of Removal will be filed with the Judicial District Court, McLennan County, Texas, a true and correct copy of which is attached as **Exhibit 2**.

As required by Local Court Rule CV-3(a), a JS 44 Civil Cover Sheet and Supplement to JS 44 Civil Cover Sheet for Cases Removed from State District Court are attached as **Exhibits 3** and **4**.

The United States provides this Notice that the action now pending as Cause No. 2025-296-5 in the 414th Judicial District Court, McLennan County, Texas is timely removed to this Court.

Dated: August 25, 2025              Respectfully submitted,

**Justin R. Simmons**
United States Attorney

By:      _/s/ Matthew Mueller_____
         **Matthew Mueller**
         Assistant United States Attorney
         State Bar No. 24095592
         U.S. Attorney's Office
         903 San Jacinto Blvd., Suite 334
         Austin, Texas 78701
         (512) 370-1262 (phone)
         (512) 916-5854 (fax)
         matthew.mueller@usdoj.gov

         ***Attorney for Defendant United States of America***

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 25, 2025, I caused the foregoing to be served on all counsel and

parties of record in this case, at the below listed addresses, via electronic mail and first class mail.

MALCOLM CISNEROS, A Law Corporation
William Malcolm
Nicolas Matayron
2112 Business Center Drive
Irvine, CA 92612
Bill@mclaw.org
nmatayron@mclaw.org


Esteban H. Gonzales
1210 Lewis Street
Waco, TX 78634


<span style="margin-left:40%">*/s/ Matthew Mueller*</span>
<span style="margin-left:40%">Matthew Mueller</span>
<span style="margin-left:40%">Assistant United States Attorney</span>