# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| M&T BANK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:25-CV-00383-ADA-DTG |
| | § | |
| ESTEBAN H. GONZALES, Dependent Administrator of the Estate of Melissa Welch; SECRETARY OF HOUSING AND URBAN DEVELOPMENT, a government agency; DOES 1 through 10 and ROES BUSINESS ENTITIES 1 through 10, inclusive, | § § § § § § § | |
| | § | |
| Defendants | § | |

## Motion for Entry of Consent Order as to United States of America

The United States of America hereby moves for entry of the attached Consent Order, to which Plaintiff M&T Bank agrees. The Consent Order will streamline this litigation, narrow the issues before the Court, conserve both judicial and legal resources, and remand the case to state court. Therefore, the United States moves for entry of the attached Consent Order.

Dated: August 26, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**Justin R. Simmons**
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　By:　*/s/ Matthew Mueller*
　　　　　　　　　　　　　　　　　　　**Matthew Mueller**
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　State Bar No. 24095592
　　　　　　　　　　　　　　　　　　　U.S. Attorney's Office
　　　　　　　　　　　　　　　　　　　903 San Jacinto Blvd., Suite 334
　　　　　　　　　　　　　　　　　　　Austin, Texas 78701
　　　　　　　　　　　　　　　　　　　(512) 370-1262 (phone)
　　　　　　　　　　　　　　　　　　　(512) 916-5854 (fax)
　　　　　　　　　　　　　　　　　　　matthew.mueller@usdoj.gov

　　　　　　　　　　　　　　　　　　　***Attorney for Defendant United States of America***

## **CERTIFICATE OF SERVICE**

      I certify that on August 26, 2025, I caused the foregoing to be served on all counsel and parties of record in this case, at the below listed addresses, via electronic mail and first class mail.

MALCOLM CISNEROS, A Law Corporation
William Malcolm
Nicolas Matayron
2112 Business Center Drive
Irvine, CA 92612
Bill@mclaw.org
nmatayron@mclaw.org


Esteban H. Gonzales
1210 Lewis Street
Waco, TX 78634


                                      */s/ Matthew Mueller*
                                      Matthew Mueller
                                      Assistant United States Attorney